UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEONTRA EVANS, | Case No. CV 12-9053-SJO(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| MARTIN BITER, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 2/4/14

S. James Otero
United States District Judge